<u>**CLOSING**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DAYS INNS WORLDWIDE, INC.,** *Plaintiff*, v. **VINOD & SONS, INC.,** *Defendant*. | Civil Action No. 15-4318 **ORDER** |

**THIS MATTER** having come before the Court by way of Plaintiff Days Inns Worldwide Inc.'s Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), Dkt. No. 8;

and for the reasons stated in the accompanying opinion;

**IT IS** on this 6th day of May, 2016,

**ORDERED** that default judgment is entered against Vinod & Sons, Inc. ("Defendant"); and it is

**ORDERED** that Defendant shall pay damages in the amount of $146,351.17, which consists of (1) $76,893.57 in recurring fees owed under the License Agreement, and (2) $69,457.60 in prejudgment interest; and it is further

**ORDERED** that this case is closed.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**